COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY/MARGARITA A. MORALES, INDIVIDUALLY AND AS NEXT FRIEND OF PAULETTE MORALES AND LAURA MORALES, MINOR CHILDREN OF GUADALUPE D. MORALES, DECEASED, | § § § § | No.08-09-00325-CV  Appeal from the  County Court at Law No. 7  of El Paso County, Texas |
| Appellant, | § | (TC# 2003-4499) |
| v. | § | |
| MARGARITA A. MORALES, INDIVIDUALLY AND AS NEXT FRIEND OF PAULETTE MORALES AND LAURA MORALES, MINOR CHILDREN OF GUADALUPE D. MORALES, DECEASED/LIBERTY MUTUAL INSURANCE COMPANY, | § § § | |
| Appellee. | | |

**MEMORANDUM OPINION**

The opinion issued by the Court on May 19, 2010 is withdrawn and the following is the opinion of the Court.

Pending before the Court is an agreed motion for rehearing filed in response to our dismissal of the appeal pursuant to the parties' settlement agreement under TEX. R. APP. P. 42.1(a)(2). In it, the parties contend that the case should be remanded to the trial court to effectuate the parties' agreement. We agree and therefore withdraw our prior opinion and issue this one in its place. Accordingly, without regard to the merits, we grant the motion for rehearing, vacate the trial court's judgment, and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Because the motion does not

reflect that the parties have made any agreement regarding costs, we assess costs against the Appellant. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

June 2, 2010

Before Chew, C.J., McClure, and Rivera, JJ.